# +IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 797
:
APPOINTMENT TO COURT OF : SUPREME COURT RULES DOCKET
JUDICIAL DISCIPLINE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2019, Magisterial District Judge Andrea E. Puppio, Delaware County, is hereby appointed as a member of the Court of Judicial Discipline for a term of four years, commencing May 29, 2019.

    Justice Dougherty did not participate in this matter.